IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTAUR DEVELOPMENT CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and OHIO SECURITY INSURANCE COMPANY,<br><br>        Defendants. | **8:23CV494**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal without Prejudice (Filing No. 25). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with each party to pay its own costs.

Dated this 26th day of February, 2024.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge