IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTAUR DEVELOPMENT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and OHIO SECURITY INSURANCE COMPANY,<br><br>    Defendants. | **8:23CV494**<br><br>**ORDER DISMISSING DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal without Prejudice (Filing No. 25). The parties stipulate to dismiss Defendant Liberty Mutual Insurance Company. The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Defendant Liberty Mutual Insurance Company be dismissed without prejudice with each party to pay its own costs. Defendant Ohio Security Insurance Company remains a party in this action.

Dated this 27th day of February, 2024.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge